# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston  **Case No.:** 2:24-mj-00034  **Type:** Preliminary and Detention Hearing
**Caption:** USA v. Jesus Emmanuel Davis  **Judge:** Judge Tinsley

**Started:** 3/12/2024 10:59:25 AM
**Ends:** 3/12/2024 11:53:15 AM  **Length:** 00:53:51

Judge Dwane L. Tinsley
Courtroom Deputy: Kim Begovich
Assistant U.S. Attorney: Lesley Shamblin
CJA Panel Attorney: Gabriele Wohl
CJA Training Panel Attorney: Tyler Barton
Probation Officer: Shamika Wade
Court Reporter: CourtSmart

**PRELIMINARY AND DETENTION HEARING**

| Time | Entry |
|---|---|
| 11:00:39 AM | Judge Dwane L. Tinsley |
| 11:00:53 AM | Calle cased, noted appearances of counsel, defendant present in courtroom |
| 11:01:22 AM | We are here today for a preliminary hearing and detention hearing. We will start with the preliminary hearing. Does the defendant wish to waive the preliminary hearing or are we taking evidence? |
| 11:01:31 AM | CJA Panel Attorney: Gabriele Wohl |
| 11:01:50 AM | We will have preliminary |
| 11:02:03 AM | Assistant U.S. Attorney: Lesley Shamblin |
| 11:02:09 AM | Calls Witness: Wyatt McCabe, CPD |
| 11:02:22 AM | Witness placed under oath by Courtroom Deputy |
| 11:02:23 AM | Direct examination of witness |
| 11:08:09 AM | CJA Training Panel Attorney: Tyler Barton |
| 11:08:13 AM | Cross examination of witness |
| 11:31:29 AM | Defendant moves to receive statement |
| 11:31:47 AM | Judge Dwane L. Tinsley |
| 11:31:49 AM | Defendant just received them |
| 11:32:22 AM | Court takes recess |
| 11:32:28 AM | Recording Paused |
| 11:42:01 AM | Recording Resumed |
| 11:42:04 AM | Judge Dwane L. Tinsley |
| 11:42:34 AM | Court resumes |
| 11:44:18 AM | Based upon the testimony presented, probable cause is found and the defendant shall appear for further proceedings in this court. |
| 11:44:39 AM | We will now move to the detention hearing |
| 11:44:56 AM | Parties discuss PTS Report |
| 11:45:06 AM | Assistant U.S. Attorney: Lesley Shamblin |
| 11:45:10 AM | No changes or corrections |
| 11:45:15 AM | CJA Panel Attorney: Gabriele Wohl |
| 11:45:18 AM | Corrections to PTS Report |
| 11:45:26 AM | Judge Dwane L. Tinsley |
| 11:45:29 AM | The United States filed a motion for detention hearing and invoked the rebuttable presumption |
| 11:45:51 AM | CJA Panel Attorney: Gabriele Wohl |
| 11:45:56 AM | Proffer of counsel as to bond/detention |
| 11:46:43 AM | Assistant U.S. Attorney: Lesley Shamblin |
| 11:46:47 AM | Proffer of counsel as to bond/detention |
| 11:50:58 AM | CJA Panel Attorney: Gabriele Wohl |
| 11:50:59 AM | Proffer of counsel as to bond/detention |
| 11:51:53 AM | Judge Dwane L. Tinsley |
| 11:52:06 AM | Finds the defendant has not rebutted the presumption of detention |
| 11:52:09 AM | Court lists factors under 3142(g) |
| 11:52:23 AM | Finds by a preponderance of evidence that the defendant is a risk of nonappearance |
| 11:52:33 AM | Finds by clear and convincing evidence that the defendant is a danger to the community |
| 11:52:35 AM | Therefore, no condition or combination of conditions exist for the defendant's release |

**11:52:45 AM** Ordered the defendant detained and remanded to the custody of the US Marshals Service
**11:52:52 AM** Anything else counsel wishes to address?
**11:52:57 AM** Hearing Adjourned