

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2023
MARCH 26, 2024 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:24-cr-51
21 U.S.C. § 841(a)(1)

JESUS EMMANUEL DAVIS

**I N D I C T M E N T**

The Grand Jury Charges:

**COUNT ONE**

On or about April 7, 2023, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant JESUS EMMANUEL DAVIS knowingly and intentionally distributed quantities of protonitazene and isotonitazene, both Schedule I controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about June 8, 2023, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant JESUS EMMANUEL DAVIS knowingly and intentionally possessed with intent to distribute quantities of protonitazene and isotonitazene, both Schedule I controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging a forfeiture pursuant to 21 U.S.C. § 853(a), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

Pursuant to 21 U.S.C. § 853(a), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, upon conviction of defendant JESUS EMMANUEL DAVIS of an offense in violation of 21 U.S.C. § 841(a)(1), as charged in Counts One and Two of the Indictment, defendant JESUS EMMANUEL DAVIS forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offenses and any property, including any firearms or ammunition, used, intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

WILLIAM S. THOMPSON
United States Attorney

By: *LShamblin*
LESLEY SHAMBLIN
Assistant United States Attorney