To the Honorable Judge Joseph Robert Goodwin

Greetings, I am writing this letter for my son Jesus Emmanuel Davis. I Yolanda Shareese Moultrie ~~~~ Mother, I do not condone his actions ~~~ which got him to be one of the accused in this case. Im a mother of 4 children which includes Jesus. He has two sisters 29/18 years old and one Brother 28 years old. I raised Jesus in a home with guidance and love. with the help of my ~~~~ mother and Brother who are ~~ now decease they passed away in 2022 with other close family that year.

Hoping with good Spirit and a heavy heart cause i can't be Present to support my son. I'm here caring for my nieces 3 little girls can't travel but I hope to be Present when Sentencing he asked if I can please be there. He knows he did wrong and takes responsibility for it. Im asking for mercy and grace and that you please be lenient with Sentencing him. Give him a chance to be with his son and family to finish becoming a better man and father for his son. to be Present in his life.

Jesus grow up knowing his father but not growing up with him living at home and having him in his daily life.

Jesus is my most energetic, outgoing respectable child. Adults knew him before they met me. also well known child in his community. He loves sports always willing to help others. and always well mannered to his elders. I've taught Jesus to be accountable for what he do. Own up to your wrong doings. This is why people love him Cause he would take responsibility for himself and sometimes take the blame for someone else even if he didn't have anything to do with it. But he stands on his truth.

If you give him a chance to prove himself for the better. I stand on this that he will do his best to make good. He got his GED already and was going to welding classes. and he's not lazy willing to work a job. I humbly request an lenient sentence for my son. I Thank you for accepting my letter and taking the time to read this.

Sincerely,
Yolanda Moultrie
Yolanda Moultrie (843) 735-8955

19F
6220 Murray drive
Charleston, South Carolina
29410