# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 10/9/2024 | Case Number: | 2:24-cr-00051 |
| Case Style: | USA vs. Jesus Emmanuel Davis | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2513-Goodwin | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Robin Clark |

Attorney(s) for the Plaintiff or Government:

Lesley Shamblin

Attorney(s) for the Defendant(s):

David Schles

| | |
|---|---|
| Law Clerk: | Kendrick Peterson |
| Probation Officer: | Kiara Carper |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 1:30 PM | 1:50 PM | Court actively conducting trial proceedings/Contested proceedings |
| 2:00 PM | 3:06 PM | Court actively conducting trial proceedings/Contested proceedings |
| 3:12 PM | 3:24 PM | Court actively conducting trial proceedings/Contested proceedings |

Time in court: 1 hours and 38 minutes. Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

Scheduled Start 1:30 p.m.
Actual Start 1:30 p.m.

Deft present in person and by counsel.
Deft placed under oath.
The court addresses the objections to the final PSR that were submitted in the defendant's sentencing memorandum.
No official objections to draft PSR submitted.
Discussion concerning accepting or rejecting the plea agreement.
End time 1:50 p.m.

Start time 2:00 p.m.
The court takes the matter under advisement. re: acceptance of plea agreement.
The defendant's objections provided in the sentencing memorandum are accepted as timely objections.
Argument by Deft
Govt Witness 1: Cpl Joshua Clendenin
Direct by Govt
Cross by Deft
Redirect by Govt
Recross by Deft
Govt Witness 2: Det Wyatt McCabe
Direct by Govt
Cross by Deft
Deft Exhibit 1 marked
Redirect by Govt
Recross by Deft
Additional argument by Deft
Argument by Govt
The court makes a ruling on the defendant's objections.
Court adopts findings in PSR.
Court accepts plea agreement.
Court makes findings re: applicable U.S.S.G ranges
End time 3:06 p.m.

Start time 3:12 p.m.
Court addresses Sec. 3553(a) factors and hears from parties re: relevant sentencing issues.
Counsel speak before sentence is imposed.
Defendant speaks on own behalf.
After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, the court imposes sentence as follows:
Custody: 42 months
Supervised Release: 3 years
Fine: none imposed
Assessment: $100
Sentence imposed as stated.
Deft advised of right to appeal.
Count Two dismissed upon motion of Gov't.
Deft remanded.
Court recessed at 3:24 p.m.