# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.                        CRIMINAL ACTION NO. 2:24-cr-00051

JESUS EMMANUEL DAVIS

## EXHIBIT LIST

| Presiding Judge: Joseph R. Goodwin | Govt Attorney(s): Lesley Shamblin | Defendant Attorney(s): David Schles |
|---|---|---|
| Proceeding Date(s): October 9, 2024 | Court Reporter: Amanda Picken | Courtroom Deputy: Robin Clark |

| Govt No. | Deft No. | Date Identified | Date Admitted | Description | Location* |
|---|---|---|---|---|---|
| | 1 | 10-09-24 | Not admitted | Report by Det Wyatt McCabe | Def Atty |

*Location options: Clerk; U.S. Atty; U.S. Marshal; Govt Atty; Pl Atty, Def Atty; agency